

| BRIAN QUINN<br>Chief Justice | **Court of Appeals** | VIVIAN LONG<br>Clerk |
|---|---|---|
| JAMES T. CAMPBELL<br>Justice | | |
| MACKEY K. HANCOCK<br>Justice | Seventh District of Texas<br>Potter County Courts Building<br>501 S. Fillmore, Suite 2-A | MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540 |
| PATRICK A. PIRTLE<br>Justice | Amarillo, Texas 79101-2449<br>www.txcourts.gov/7thcoa.aspx | (806) 342-2650 |

October 29, 2015

Danny Shead
6902 Estacado Ln.
Amarillo, TX 79109

Warren L. Clark
Asst. Criminal District Attorney
Randall County Justice Center
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-15-00164-CV, 07-15-00165-CV, 07-15-00166-CV
Trial Court Case Numbers: 8460B, 8461B, 19154B

**Style:** Danny Lee Shead v. The State of Texas

Dear Mr. Shead and Counsel:

The Court has issued mandate in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable John B. Board (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)